| | |
|---|---|
| JACK LEONARD STRAW,<br>                    Plaintiff,<br>v.<br>EQUIFAX INFORMATION SERVICES LLC;<br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and<br>PENTAGON FEDERAL CREDIT UNION,<br>                    Defendants. | Civil Action No. 6:26-cv-02025-MAR |

**JOINT MOTION AND STIPULATION TO EXTEND BRIEFING**

**DEADLINES ON DEFENDANT PENTAGON FEDERAL CREDIT UNION'S**

**MOTION TO DISMISS**

Plaintiff Jack Leonard Straw ("Plaintiff") and Defendant Pentagon Federal Credit Union ("PenFed"), by and through their respective undersigned counsel and subject to the approval of the Court, hereby jointly move and stipulate to extend the briefing deadlines on PenFed's Motion to Dismiss as follows:

1. Existing Deadlines. Pursuant to Local Rule 7(e), Plaintiff's deadline to file a resistance to PenFed's Motion to Dismiss is currently May 20, 2026. Pursuant to Local Rule 7(g), PenFed's deadline to file a reply in further support of its Motion to Dismiss is currently May 27, 2026.

2. Requested New Deadlines. The parties jointly request that the Court extend Plaintiff's deadline to file a resistance to PenFed's Motion to Dismiss up to and including June 3, 2026, and extend PenFed's deadline to file a reply in further support of its Motion to Dismiss up to and including June 17, 2026. The parties acknowledge that the requested

reply deadline extends the default seven-day reply period under Local Rule 7(g) by an additional seven days, and the parties jointly consent to that extension.

3. Prior Extensions. There have been no prior extensions of either deadline.

4. Other Court-Imposed Deadlines. No scheduling order has been entered in this action, and no other court-imposed deadlines are currently in place.

5. Scheduled Final Pretrial Conference and Trial. No final pretrial conference or trial date has been set.

6. Good Cause. Good cause exists for the requested extension. Plaintiff requires additional time to respond to PenFed's Motion to Dismiss, including by investigating the underlying facts. The requested extension will not delay any scheduled proceeding and is sought in good faith and not for the purpose of delay.

WHEREFORE, the parties respectfully request that the Court enter the proposed order submitted herewith granting this Joint Motion and Stipulation.

Dated: May 28, 2026

Respectfully submitted,

*/s/ Martin Bienstock*
Martin Bienstock (Lead Counsel)
BIENSTOCK PLLC
1629 K Street, NW, Suite 300
Washington, DC 20006
Telephone: (202) 908-6601
Email: MBienstock@BienstockPLLC.com

/s/ Elizabeth Wells
Elizabeth Wells
BURDGE & WELLS LAW OFFICE
8250 Washington Village Drive

Respectfully submitted,

*/s/ Michael A. Graziano*
Michael A. Graziano (Lead Counsel)
Elizabeth E. Olien
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
1717 Pennsylvania Avenue, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 659-6671
Email: MGraziano@eckertseamans.com
Email: EOlien@eckertseamans.com

/s/ L. Lars Hulsebus

Dayton, OH 45458-1850
Telephone: (937) 432-9500
Email: beth@burdgelaw.com

Counsel for Plaintiff
Jack Leonard Straw

L. Lars Hulsebus
DICKINSON, BRADSHAW, FOWLER &
HAGEN, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-8004
Telephone: (515) 246-4525
Email: LHulsebus@dickinsonbradshaw.com

Counsel for Defendant
Pentagon Federal Credit Union