IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WATERLOO DIVISION

JACK LEONARD STRAW

                    Plaintiff(s),

vs.

EQUIFAX INFORMATION
SERVICES, LLC; EXPERIAN
INFORMATION SOLUTSION, INC.;
TRANSUNION, LLC; PENTAGON
FEDERAL CREDIT UNION

                    Defendant(s).

CASE NO.   6:26-cv-02025-MAR

MOTION TO APPEAR
PRO HAC VICE

Martin Bienstock, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Plaintiff Jack Leonard Straw. Martin Bienstock states that He is a member in good standing of the bar of the State of New York, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

**Martin Bienstock ,** further states that he will comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Elizabeth Wells , an attorney who has been admitted to the bar of this district under LR 83(b) and (c) and who has entered an appearance in this case.

*The certificate of good standing (dated within the last 90-days) required by Administrative Order No. 19-AO-0004-P is attached.*

*/s/Elizabeth Wells*
Elizabeth Wells
Burdge & Wells Law Office

8250 Washington Village Drive
Dayton, OH 45458-1850
P: (937) 432-9500
E: beth@burdgelaw.com