# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

JACK LEONARD STRAW,
     Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC;
EXPERIAN INFORMATION SOLUTIONS,
INC.;
TRANS UNION, LLC; and PENTAGON
FEDERAL CREDIT UNION,
     Defendants.

Case No. 6:26-cv-02025-CJW-MAR

**PLAINTIFF'S UNRESISTED
MOTION FOR LEAVE TO FILE
FIRST AMENDED COMPLAINT**

Plaintiff Jack Leonard Straw, pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 15, respectfully moves for leave to file the First Amended Complaint attached as Exhibit A. In support of this Motion, Plaintiff states as follows:

1. Plaintiff filed his original Complaint on March 30, 2026 (ECF No. 1), asserting claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq., against the three national consumer reporting agencies and against Pentagon Federal Credit Union ("PenFed") as the furnisher of the disputed account information.

2. On May 6, 2026, PenFed moved to dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(6) (ECF No. 16). By the parties' joint stipulation, Plaintiff's deadline to respond to that motion is up to and including June 3, 2026.

3. Description of the changes sought (LR 15). The proposed First Amended Complaint reproduces the pleading in its entirety and adds factual specificity responsive to PenFed's motion. In particular, it (a) expands the allegations describing each of the two PenFed accounts and the inaccurate and materially misleading "Charged Off / Never Late" tradeline attributed to Plaintiff; (b) details Plaintiff's written disputes to each consumer reporting agency and PenFed's investigation and verification of the disputed information;

1

(c) particularizes Plaintiff's actual damages, including the documented denial of his residential mortgage pre-qualification; and (d) refines the three counts pleaded under the FCRA, 15 U.S.C. §§ 1681e(b), 1681i, and 1681s-2(b). A clean copy of the proposed First Amended Complaint is attached as Exhibit A. Pursuant to Local Rule 15, a red-lined version comparing the First Amended Complaint against the original Complaint is attached as Exhibit B for the convenience of the Court and counsel.

4. Leave to amend should be "freely give[n] when justice so requires." Fed. R. Civ. P. 15(a)(2). The amendment is timely, sought in good faith, and not for purposes of delay; no scheduling order has been entered; and no Defendant will be prejudiced. The grounds are set forth more fully in the accompanying Brief in Support.

5. Because the First Amended Complaint will supersede the original Complaint, it will moot PenFed's pending motion to dismiss (ECF No. 16). PenFed reserves the right to move to dismiss the First Amended Complaint once it is filed.

6. Certificate of conferral and consent (LR 7(k)). Undersigned counsel certifies that counsel for Plaintiff has conferred in good faith with counsel for the Defendants that have appeared in this action concerning this Motion. Defendants Pentagon Federal Credit Union, Experian Information Solutions, Inc., and Equifax Information Services LLC each consents to the relief requested and to the filing of the First Amended Complaint, while expressly reserving the right to respond to or move to dismiss the First Amended Complaint once filed. Defendant Trans Union, LLC has appeared in this action and did not respond to Plaintiff's conferral inquiry concerning its position on this Motion.

7. Because the appearing Defendants consent or do not resist, this Motion is unresisted. See LR 7(f).

2

8.    A proposed order is submitted herewith.

**WHEREFORE,** Plaintiff respectfully requests that the Court grant this Motion, deem the First

Amended Complaint (Exhibit A) filed as of the date of the Court's order, and deny PenFed's

pending motion to dismiss (ECF No. 16) as moot, without prejudice to any motion directed at the

First Amended Complaint.


Dated: June 3, 2026

<div style="margin-left:50%">

Respectfully submitted,

*/s/ Martin Bienstock*
Martin Bienstock (pro hac vice application
forthcoming)
BIENSTOCK PLLC
1629 K Street, NW, Suite 300
Washington, DC 20006
(202) 908-6601
MBienstock@BienstockPLLC.com

Elizabeth A. Wells
BURDGE & WELLS LAW OFFICE
8250 Washington Village Drive
Dayton, OH 45458-1850
(937) 432-9500
beth@burdgelaw.com

Counsel for Plaintiff Jack Leonard Straw

</div>

3