IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WATERLOO DIVISION

JACK LEONARD STRAW

            Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC, and
PENTAGON FEDERAL CREDIT UNION,

            Defendants.

CASE NO.   6:26-cv-02025-MAR

MOTION TO APPEAR
PRO HAC VICE

Dylan Kossar, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Experian Information Solutions, Inc. Dylan Kossar states that She is a member in good standing of the bar of the State of New York, and that she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with her pro hac vice representation in this case.

Dylan Kossar further states that she will comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Elisabeth Tursi, an attorney who has been admitted to the bar of this district under LR 83(b) and (c) and who has entered an appearance in this case.

*The certificate of good standing (dated within the last 90-days) required by Administrative Order No. 19-AO-0004-P is attached.*

1

s/ *Dylan Kossar*

Dylan Kossar
DKossar@goodwinlaw.com
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, New York 10018-1405
Tel.: +1 (212) 813-8800
Fax: +1 (212) 355-3333

2