## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

JACK LEONARD STRAW,

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and PENTAGON FEDERAL CREDIT UNION,

      Defendants.

CASE NO. 6:26-cv-02025-MAR

**PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN**

Counsel have conferred and submit the following case information and proposed dates for case management:

1.    Did the parties both (a) enter into an agreement during the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information?  XX yes    ☐ no

    If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made: **June 29, 2026**

    *If any party objected during the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 14 days after this proposed scheduling order and discovery plan is filed in the court's CM/ECF system, serve and file a document in which the objections are set forth with particularity.*

2.    Deadline for motions to add parties:  **June 29, 2026**

3.    Deadline for motions to amend pleadings:    **June 29, 2026**

4.    Expert witnesses disclosed by:    a) Plaintiff: **January 29, 2027**
                                         b) Defendant: **March 1, 2027**
                                         c) Plaintiff Rebuttal: **March 15, 2027**

5.    Deadline for *completion* of discovery: **April 14, 2027**

6.    Dispositive motions deadline: **May 14, 2027**
    *(at least 150 days before Trial Ready Date)*

7.    Trial Ready Date: **October 12, 2027**
    *(at least 150 days after Dispositive Motions Date)*

8.    Has a jury demand been filed?    ☒ yes    ☐ no

9. Estimated length of trial: **3** days

10. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3)? ☐ yes   XX no

11. Are each of the attorneys in this case admitted to practice in the Northern District of Iowa pursuant to Local Rule 83? XX yes   ☐ no

*/s/ Martin Bienstock*
Martin Bienstock (pro hac vice)
Bienstock PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
T: 202-908-6601
E: MBienstock@BienstockPLLC.com

Elizabeth Wells
Burdge & Wells Law Office
8250 Washington Village Drive
Dayton, OH 45458-1850
T: (937) 432-9500
E: beth@burdgelaw.com

Attorneys for Plaintiff

*/s/ Angel West*
Angel West
Maynard Nexsen
801 Grand Avenue, Suite 100
Des Moines, IA 50309
T:: (515) 686 8223
E: awest@MaynardNexsen.com

Attorneys for Defendant Equifax Information Services LLC

*/s/ Dylan Kossar*
Dylan Kossar
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
T: 917 229 7529
E: DKossar@goodwinlaw.com

Attorneys for Defendant Experian Information Solutions, Inc.

*/s/ Elizabeth E. Olien*
Elizabeth E. Olien

L. Lars Hulsebus
Dickinson Bradshaw
801 Grand Ave., Suite 3700
Des Moines, Iowa 50309-8004
lhulsebus@dickinsonlaw.com
Tel: (515) 246-4525

Michael A. Graziano (*pro hac vice*)
Elizabeth E. Olien (*pro hac vice*)
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Ave. N.W., 12th Floor
Washington, DC 20006
mgraziano@eckertseamans.com
eolien@eckertseamans.com
(202) 659-6600

*Attorneys for Pentagon Federal Credit Union*

*/s/ Patrick L. Sealey*
Patrick L. Sealey
Heidman Law Firm
1128 Historic Fourth Street
P.O. Box 3086
Sioux City, IA 51102
T: 712-222-4190
E: Patrick.sealey@heidmanlaw.com

Attorneys for Defendant Trans Union LLC