IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
DUBUQUE DIVISION

| | |
|---|---|
| JACK LEONARD STRAW <br><br> Plaintiff(s), <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., PENTAGON FEDERAL CREDIT UNION, and TRANSUNION, LLC <br><br> Defendant(s). | Case No.   6:26-cv-02025-CJW-MAR <br><br> MOTION TO APPEAR <br> PRO HAC VICE |

Ritika Singh, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Defendant Equifax Information Services LLC. Ritika Singh states that She is a member in good standing of the bar of the State of Florida and the State of California, and that she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with her pro hac vice representation in this case.

**Ritika Singh ,** further states that she will comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Angel West , an attorney who has been admitted to the bar of this district under LR 83(b) and (c) and who has entered an appearance in this case.

*The certificate of good standing (dated within the last 90-days) required by Administrative Order No. 19-AO-0004-P is attached.*

326978533v.1

DATED: July 7, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By: *s/ Ritika Singh*

Ritika Singh, *Pro Hac Vice Pending*
risingh@seyfarth.com
SEYFARTH SHAW LLP
2323 Ross Ave., Suite 1660
Dallas, Texas   75201
Telephone:   (469) 608-6763

*Counsel for Defendant*
*Equifax Information Services LLC*

326978533v.1