# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA (EASTERN WATERLOO)

JACK LEONARD STRAW,
          Plaintiff,

    vs.

EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
TRANS UNION, LLC; and PENTAGON FEDERAL
CREDIT UNION,
          Defendants.

CASE NO:  6:26-cv-02025-MAR

Judge CJ Williams
Magistrate Mark A. Roberts

## MOTION TO APPEAR PRO HAC VICE

Jacob M. Hatcher, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Trans Union LLC. Jacob M. Hatcher states that He is a member in good standing of the bar of the State of Indiana, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

**Jacob M. Hatcher ,** further states that he will comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Patrick L. Sealey , an attorney who has been admitted to the bar of this district under LR 83(b) and (c) and who has entered an appearance in this case.

*The certificate of good standing (dated within the last 90-days) required by Administrative Order No. 19-AO-0004-P is attached.*

Respectfully submitted,


/s/ Jacob M. Hatcher
Jacob M. Hatcher, Esq. (IN #38215-49)
  (*Pro Hac Vice* pending)
Quilling, Selander, Lownds, Winslett &
Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN  46290
Telephone: (317) 497-5600, Ext. 617
Fax: (317) 899-9348
E-Mail:  jacob.hatcher@qslwm.com

*Lead Counsel for Defendant Trans Union
LLC*

Patrick L. Sealey, Esq.
Heidman Law Firm
1128 Historic Fourth Street
P.O. Box 3086
Sioux City, IA  51102
Telephone:  (712) 222-4190
Fax:  (712) 222-4141
E-Mail:  patrick.sealey@heidmanlaw.com

*Local Counsel for Defendant Trans Union
LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **9th day of July, 2026**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Elizabeth A. Wells, Esq. <br> beth@burdgelaw.com | Martin Bienstock, Esq. <br> mbienstock@bienstockpll.com |
| Elizabeth Olien, Esq. <br> eolien@eckertseamans.com | Michael Graziano, Esq. <br> mgraziano@eckertseamans.com |
| L. Lars Hulsebus, Esq. <br> lhulsebus@dickinsonlaw.com | Angel A. West, Esq. <br> awest@maynardnexsen.com |
| Ritika Singh, Esq. <br> risingh@seyfarth.com | Elisabeth A. Tursi, Esq. <br> elisabeth@fautchturisi.com |
| Dylan Kossar, Esq. <br> dkossar@goodwinlaw.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **9th day of July, 2026**, properly addressed as follows:

| | |
|---|---|
| None. | |

/s/ Jacob M. Hatcher
Jacob M. Hatcher, Esq. (IN #38215-49)
  (*Pro Hac Vice* pending)
Quilling, Selander, Lownds, Winslett & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN  46290
Telephone: (317) 497-5600, Ext. 617
Fax: (317) 899-9348
E-Mail:  jacob.hatcher@qslwm.com

*Lead Counsel for Defendant Trans Union LLC*